UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA THOMAS BATES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:22-CV-6-FL |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 28, 2023, that defendant pay to plaintiff $3,138.53 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 28, 2023, and Copies To:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


April 28, 2023                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collns, Deputy Clerk